LAW OFFICES OF BROOK HART
A Law Corporation

BROOK HART #723-0
333 Queen Street, Suite 610
Honolulu, Hawaii 96813
Telephone: (808) 526-0811

Attorneys for Defendant
DR. PETER FONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 03-00344-HG |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TERMINATING DR. PETER FONG'S PROBATION AND DISCHARGING HIM FROM THE SUPERVISION OF THE COURT** |
| vs. | ) | |
| PETER EDWARD FONG, | ) | |
| Defendant. | ) | |

STIPULATION AND ORDER
TERMINATING DR. PETER FONG'S PROBATION AND
DISCHARGING HIM FROM THE SUPERVISION OF THE COURT

IT IS HEREBY AGREED AND STIPULATED by and between the Plaintiff, UNITED STATES OF AMERICA, and the Defendant, Dr. PETER FONG, by and through their respective undersigned counsel, that:

1. On June 1, 2004, Dr. PETER FONG was sentenced in the above-entitled case to two concurrent five-year terms of probation for two offenses: "Importation of Controlled Substances" (Gamma Hydroxybutyric Acid and 1-4 Butanediol) and

"Unlawful User [of Controlled Substances] in Possession of a Firearm." The court also imposed a fine of $20,000 and an assessment of $200 upon Dr. FONG. Additionally, Dr. FONG voluntarily forfeited various items of property to the government, including a Lexus automobile worth approximately $30,000.

2. As conditions of Dr. FONG's probation, he was ordered to serve six months of home detention with electronic monitoring; to refrain from possessing a firearm, other dangerous weapon, or ammunition; to participate in a substance abuse prevention program; to undergo drug testing at the discretion and direction of the Probation Office; to avoid incurring credit charges and opening credit lines without the approval of the Probation Office; to provide the Probation Office with access to any requested financial information; and to submit to reasonable searches of his person, residence, vehicle and place of employment by the Probation Office.

3. Dr. FONG has paid his fine and assessment, and he has fulfilled the terms and conditions of his probation. Dr. FONG's probation officer in the District of Hawaii, Derek Kim (telephone: 541-1350), has stated that he has no objection to early termination of Dr. FONG's probation. Dr. FONG's

probation officer in the Northern District of Georgia (where Dr. FONG currently resides) is Joe Best (telephone: 678-450-2749); Mr. Best has stated that he has no objection to early termination of Dr. FONG's probation.

4. Pursuant to 18 U.S.C. § 3564(c), entitled "Early termination," the court is authorized to "terminate a term of probation previously ordered and discharge the defendant" at any point "after the expiration of one year of probation in the case of a felony," if the court "is satisfied that such action is warranted by the conduct of the defendant and the interest of justice."

Therefore, the parties hereby AGREE and STIPULATE, subject to approval by the court, that the court forthwith terminate Dr. FONG's two concurrent terms of probation and forthwith discharge Dr. FONG from the court's supervision.

DATED:   Honolulu, Hawaii, April 20, 2007.

/s/ Brook Hart
BROOK HART, ESQ.
Counsel for Defendant
Dr. PETER FONG

/s/ Michael K. Kawahara
MICHAEL K. KAWAHARA, ESQ.
Assistant U.S. Attorney
Counsel for Plaintiff
UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:

_____
CHIEF UNITED STATES DISTRICT JUDGE

United States v. Peter Fong, Criminal No. 03-00344-HG;
"STIPULATION AND ORDER TERMINATING DR. PETER FONG'S PROBATION
AND DISCHARGING HIM FROM THE SUPERVISION OF THE COURT"

4